# United States District Court
## Northern District of New York

# AMENDED
# JUDGMENT IN A CIVIL CASE

CASE NUMBER:   9:06-cv-1503(DNH)

**FARIS ABDUL-MATIYN**

- v -

**GOVERNOR GEORGE PATAKI, et al.**

[ ]   Jury verdict.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[xx]   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the judgment entered in this action on April 9, 2008 be AMENDED as follows:  judgment is entered dismissing this action WITHOUT PREJUDICE as to defendants George Pataki, Michelle Payne, and John Does # 1-4; and WITH PREJUDICE as to defendant Sawyer and defendant CNYPC Medical Staff; all in accordance with the Order of the Honorable David N. Hurd, United States District Judge, filed March 10, 2008.  Defendants Becker, Capolo, Barboza, Nowicki, Murphy, Hanmer, Forshee, Debroize and Franum remain in the litigation.

 April 23, 2008
_____
**DATE**

*Lawrence K. Baerman* (signature)
Clerk of Court

   C. Mergenthaler
_____
   **(BY)  DEPUTY CLERK**

Entered and served on April 23, 2008